**STATE OF LOUISIANA**          *          NO. 2024-K-0591

**VERSUS**          *          **COURT OF APPEAL**

**CHARLES L. WILLIAMS**          *          **FOURTH CIRCUIT**

*          **STATE OF LOUISIANA**

*

*

**\* \* \* \* \* \* \***


*JCL*     **LOBRANO, J., CONCURS IN THE RESULT**